# Law Office of Carol Colliersmith
ATTORNEY AT LAW
P.O. Box 2256
Smyrna, GA 30081-2256
(404) 815-1600
bklaw@colliersmithatty.com

October 23, 2025

Christy Lee
Courtroom Deputy to Judge Ritchie Craig
US Bankruptcy Court-Courtroom 1204
75 Ted Turner Dr SW
Atlanta, GA 30303

RE:  Daniel Johannes Braedel
Case No. 17-68414   Chapter 13

Dear Clerk:

Please be advised that Carol A Colliersmith is requesting a leave of absence pursuant to Local Rule 9010 – 5.  Ms. Colliersmith is requesting that a matter not be calendared during the following period:

November 8-18, 2025

The purpose of this leave is vacation.

Ms. Colliersmith has examined the court docket and the above styled case does not presently appear on any published calendar for said period.

Your assistance in this matter is sincerely appreciated. Should you have any questions or comments, please do not hesitate to contact me

Sincerely,

*Carol Colliersmith*

Carol A. Colliersmith
GA Bar No. 178058

cc: Philip Rubin via email at Prubin@lrglaw.com
    Craig Lefkoff via email at Clefkoff@lrglaw.com

CAC/boh